L. A. Scroggins v. The State.

No. 12708.   Delivered November 6, 1929.
Appeal Reinstated December 18, 1929.

The opinion states the case.

*Jas. A. Gowdy* of Olton, for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

CHRISTIAN, Judge.—The offense is unlawfully passing as true a forged instrument; the punishment confinement in the penitentiary for two years.

The caption fails to show the date of the adjournment of the trial court. Under the decisions of this court the state's motion to dismiss the appeal must be sustained. Yarborough v. State, 100 Tex. Cr. R. 480, 273 S. W. 842; Lowery v. State, 92 Tex. Cr. R. 311, 244 S. W. 147; Cousineau v. State, 10 S. W. (2d) 98.

The appeal is dismissed. Appellant is granted fifteen days from this date in which to correct the omission.

*Dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

CHRISTIAN, JUDGE.—The record having been corrected, the appeal is reinstated, the judgment of dismissal set aside, and the case considered on its merits.

The term of court at which appellant was tried adjourned on the sixteenth day of March, 1929. Appellant's bills of exception were filed on April 17th, 1929. No extension of time for the filing of the bills was granted by the trial court. Art. 760, subdivision 5, C. C. P. allows thirty days after the day of adjournment of court for filing bills of exception. There being no order in the record extending the time, and said bills not having been filed within thirty days after the adjournment of court, we are compelled to hold they were filed too late. Mann v. State, 277 S. W. 1085.

No error being presented, the judgment is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.